MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #99479)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2026 JUN 3 PM 2:20
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | Count I: 8 U.S.C. §§ 1306(b), 1305 (Failure to Provide Notice) |
| vs. | : | |
| QUILEAD DOBLADO-ZUNIGA, | : | Case: 2:26–po–00357<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 6/3/2026<br>Description: USA v Doblado–Zuniga |
| Defendant. | : | |

The United States Attorney charges:

**COUNT I**
Failure to Provide Notice
8 U.S.C. §§ 1306(b), 1305

On or about June 2, 2026, in the District of Utah and elsewhere within the jurisdiction of the Court, the Defendant herein,

QUILEAD DOBLADO-ZUNIGA,

an alien, that is, a non-citizen of the United States, was required by law to provide written notice of an address change within ten (10) days of said change, and the Defendant did fail to provide the required notice within ten (10) days all in violation of Title 8, United States Code, Sections 1306(b) and 1305.

DATED this 3rd day of June 2026.

MELISSA HOLYOAK
United States Attorney

For: ______________________________
Bryan Reeves
Assistant United States Attorney